WILLIS v. RUSSELL

No. 314P84.

Case below: 68 N.C. App. 424.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

WISE v. LAUGHRIDGE

No. 172P84.

Case below: 66 N.C. App. 378.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 28 August 1984.